UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :
LORI OSTENFELD,                           :
                              Plaintiff,     :
                                                :
               -against-                    :                    22-CV-8265 (VSB)
                                                :
THE GUARDIAN LIFE INSURANCE     :                    **ORDER**
COMPANY OF AMERICA, Individually, and :
in its capacity as an Administrator of The      :
Guardian Life Insurance Company of America :
Group Long Term Disability Income          :
Insurance Group Plan Policy Number:       :
00519629, NEWSELA, INC., Individually,   :
and in its capacity as Plan Sponsor and an    :
Administrator of The Guardian Life Insurance :
Company of America Group Long Term     :
Disability Income Insurance Group Plan     :
Policy Number: 00519629; and THE        :
GUARDIAN LIFE INSURANCE             :
COMPANY OF AMERICA GROUP LONG :
TERM DISABILITY INCOME INSURANCE :
GROUP PLAN POLICY NUMBER:          :
00519629,                                                :
                                    Defendants.   :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        The parties shall file a joint status letter by July 26, 2023.  This letter shall propose a schedule for negotiating redactions to any planned summary judgment motions, submitting proposed redactions for judicial review, and briefing any motions for summary judgment.

SO ORDERED.

Dated:       July 21, 2023
                New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge