UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
LORI OSTENFELD,                                 :
                                Plaintiff,    :
                                              :
                -against-               :            22-CV-8265 (VSB)
                                              :
THE GUARDIAN LIFE INSURANCE          :              <u>**ORDER**</u>
COMPANY OF AMERICA, Individually, and :
in its capacity as an Administrator of The    :
Guardian Life Insurance Company of America :
Group Long Term Disability Income         :
Insurance Group Plan Policy Number:       :
00519629, NEWSELA, INC., Individually,    :
and in its capacity as Plan Sponsor and an    :
Administrator of The Guardian Life Insurance :
Company of America Group Long Term      :
Disability Income Insurance Group Plan     :
Policy Number: 00519629; and THE         :
GUARDIAN LIFE INSURANCE                  :
COMPANY OF AMERICA GROUP LONG   :
TERM DISABILITY INCOME INSURANCE :
GROUP PLAN POLICY NUMBER:            :
00519629,                                        :
                                  Defendants. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Plaintiff's letter motion, dated September 13, 2023, proposing redactions to certain parts of the claim file relied on by Defendant Guardian Life Insurance Company of America in determining Plaintiff's claim for long-term disability benefits (the "Letter Motion"). (*See* Docs. 46, 53–54.) The proposed redactions were made in consultation with Defendants, who agree that they are appropriate. Because I find that the proposed redactions—which withhold personally identifying information, confidential medical information, and financial information—are necessary to protect Plaintiff's legitimate privacy interests, I conclude that the presumption in favor of open records has been overcome and that

the proposed redactions are justified.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that:

- Plaintiff's Letter Motion is GRANTED; and
- The parties shall file any motions in support of summary judgment in accordance with the Court's Order of September 5, 2023.

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 46.

SO ORDERED.

Dated:   October 22, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge